STATE OF CONNECTICUT *v.* DONALD E. HUNT

The application by Leander C. Gray to withdraw his appearance for the defendant in the appeal from the Superior Court in New Haven County is granted.

Argued October 4—decided October 4, 1966

HARTFORD FEDERAL SAVINGS AND LOAN ASSOCIATION *v.* ARTHUR T. DAVIDSON ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted. [As to the judgment, see Practice Book §§ 272, 734, and *Tilden* v. *Century Realty Co.,* 112 Conn. 439, 442, 152 A. 707.]

*George V. Steiner,* for the appellee (plaintiff).

*Richard K. Lublin,* for the appellant (named defendant).

Argued October 4—decided October 5, 1966

FRANCES R. SNOW *v.* HOWARD MOTORS, INC., ET AL.

The motion by the plaintiff to dismiss the petition for certification for appeal from the Appellate Division of the Circuit Court is granted.

*John Papandrea,* for the appellee (plaintiff).

*John A. Spector,* for the appellants (defendants).